LAED -247-1stSA (3/15/19)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>VERSUS<br>ALVARO HERNEY CORTES | *<br><br>* | CRIMINAL DOCKET<br>CASE NO. 13-137<br>USM NO. 44146-379 |

Date of Previous Judgment: 5/7/2015     Defendant's Attorney: None

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
☐ GRANTED and the defendant's previously imposed sentence of imprisonment of _____ as to count(s) _____ is reduced to _____.
☐ DEFERRED pending supplemental briefing and/or a hearing.
☒ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is  120 months                          .

The defendant's term of supervised release**:**
☒ REMAINS as previously ordered.
☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

| | |
|---|---|
| Prior Statutory Minimum: 120 months | Amended Statutory Minimum: 120 months |
| Prior Guideline Range: N/A | Amended Guideline Range: N/A |
| Prior Sentence: 120 months | Amended Sentence: N/A |
| Prior Supervised Release: 5 years | Amended Supervised Release: N/A |

Comments (if applicable):

The defendant is not eligible for a sentence reduction under Section 404 of the First Step Act because he is not serving a sentence for a "covered offense."  The defendant's offense was committed after August 3, 2010, and the statutory penalty for the offense was not modified by section 2 or 3 of the Fair Sentencing Act.

Except as provided above, all provisions of the judgment dated  5/7/2015   shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

09/17/2019                                                                                    _[signature]_
ORDER DATE                                                    UNITED STATES DISTRICT JUDGE